UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

    -against-

Jonathan Awbrey,                                      S1 14 Cr. 758 (PKC)

                    Defendant(s)

_____

CASTEL, U.S.D.J.:

        The Court is satisfied that termination of Mr. Awbrey's term of supervised release is warranted by the conduct since of release and is in the interest of justice. Term of supervised release shall terminate on July 28, 2022.

        SO ORDERED.

                                                          P. Kevin Castel
                                               United States District Judge

Dated:  New York, New York
          July 18, 2022